UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**F I L E D**

OCT 3 1 20..

JUDGE GEORGE W. ...
UNITED STATES DISTRICT COURT

**DOCKETED**

NOV 0 1 2002

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 02 CR 854-2 |
| | ) |
| TARAILA GROVES *et al.* | ) Honorable George W. Lindberg |

## AGREEMENT TO DEFER PROSECUTION

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, the

United States Attorney for the Northern District of Illinois, and the defendant, TARAILA GROVES,

and her attorney, GERARDO GUTTIEREZ, hereby agree to the following:

1.     A one-count indictment was returned charging defendant with trafficking in

unauthorized credit card numbers, in violation of Title 18, United States Code, Sections 1029(a)(2)

and 2.

2.     Defendant acknowledges that, in or around February 2000, in this district, she

knowingly transferred approximately fifty credit card numbers, together with their respective

expiration dates, to a person she knew as "Ramone," who is her co-defendant in this case, Jermone

Bass. Defendant wrote down these credit card numbers and expiration dates on a piece of paper,

which she then gave to her co-defendant. Defendant stole these credit card numbers in connection

with her employment at Hertz, and she was not authorized to transfer these credit card numbers to

her co-defendant.

3.     Defendant understands that she has a right to have her guilt or innocence of the charge

against her determined by a jury of her peers under the terms of the Speedy Trial Act, Title 18,

United States Code, Section 3161 *et seq.* (the "Speedy Trial Act"). By signing this Agreement,

defendant knowingly waives her right to assert that her trial did not occur within the time limits

proscribed by the Speedy Trial Act.



4.      The United States Attorney will move the district court, pursuant to Title 18, United States Code, Section 3161(h)(2), to defer the prosecution of defendant on the indictment for one (1) year for the purpose of allowing defendant to demonstrate her good conduct during this period. In demonstrating her good conduct, defendant agrees to the following conditions:

a.      Defendant shall commit no further violations of Title 18, United States Code, Section 1029, or any other federal or state criminal statutes. It is understood that, in connection with traffic offenses, this prohibition against the commission of any federal or state criminal statutes only includes serious traffic offenses such as a misdemeanor conviction for driving under the influence of alcohol. Defendant shall immediately contact her Pretrial Services officer, however, if she is arrested and/or questioned by any law enforcement officer in connection with any matter, including those associated with minor traffic offenses.

b.      Defendant shall seek and maintain employment for the one-year period of this Agreement.

c.      Defendant shall communicate with and report regularly to her Pretrial Services officer as directed by that agency.

d.      Defendant shall participate in any and all programs and examinations as directed by Pretrial Services.

e.      Defendant shall not unlawfully use or possess narcotic drugs or other controlled substances defined in Title 21, United States Code, Section 802, unless prescribed by a licensed medical practitioner.

f.      Defendant shall obey all conditions of her bond and this Letter of Agreement.

5. As part of this Agreement, defendant agrees that she will fully and truthfully cooperate with the government in any matter in which she is called upon to cooperate that is related to or results from the charges in this case. Specifically, defendant agrees to provide complete and truthful information in any investigation and pre-trial preparation, and complete and truthful testimony, if called upon to testify, before any federal grand jury and United States District Court proceeding, and any related civil administrative or court proceeding.

6. Defendant understands that the government has the right to seek defendant's truthful testimony before a grand jury or a district court.

7. If, at any point during the one-year period of this Agreement, defendant in any way fails to abide by the terms of this Agreement, in particular any term set forth in paragraph 4, or if the Court refuses to accept this agreement, the agreement is null and void, and the United States may commence prosecution of the crime charged in the indictment and any other crimes.

8. Defendant acknowledges and agrees that the decision to prosecute defendant for the charge contained in the indictment lies solely within the discretion of the United States.

9. If defendant satisfactorily demonstrates her good conduct and complies with the conditions outlined above in paragraph 4 of this agreement for a period of one (1) year, the indictment filed in this case will be dismissed without prejudice and no additional prosecution for the offense outlined above in paragraph 1 shall be instituted by the United States against defendant in this district.

10. The parties agree that, pursuant to Title 18, United States Code, Section 3161(h)(2), the one-year period during which this prosecution is delayed pursuant to this Agreement will be excluded in computing the time within which the trial in this case must commence under the Speedy Trial Act.

11.     Defendant and her attorney acknowledge that no threats, promises, or representations have been made, nor agreements reached, other than those set forth in this Agreement, to cause defendant to enter into this Agreement.

12.     Defendant acknowledges that she has read this Agreement and has carefully reviewed each provision with her attorney. Defendant further acknowledges that she understands and voluntarily accepts each and every term and condition of this Agreement.

13.     Defendant understands that this Letter of Agreement is a matter of public record and may be disclosed to any party.

AGREED THIS DATE: 10-30-02

PATRICK J. FITZGERALD
United States Attorney

TARAILA GROVES
Defendant

ERIC J. WILSON
Assistant United States Attorney

GERARDO GUTTIEREZ
Attorney for Defendant