**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JEROME BASS** | ) | **Case No. 02 CR 854-1** |
| | ) | |
| | ) | **The Honorable George W. Lindberg** |
| | ) | |
| | ) | |

**NOTICE OF MOTION**

TO:   Michelle Weiss
        Assistant U.S. Attorney
        U.S. Attorney's Office
        219 South Dearborn Street, 5th Floor
        Chicago, IL 60604

        Alison Siegler
        Federal Defender Program
        55 East Monroe Street, Suite 2800
        Chicago, IL 60603

        Lisa J. Kristie
        Senior U.S. Probation Officer
        Northern District of Illinois
        55 East Monroe Street, Suite 1500
        Chicago, IL 60603

PLEASE TAKE NOTICE that on June 28, 2006, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable George W. Lindberg, in the courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Defendant's Agreed Motion For Substitution of Counsel.

Dated: June  20, 2006                       Respectfully submitted,

                                                    /s/ Shauna L. Fulbright
                                                    Lori E. Lightfoot
                                                    Shauna L. Fulbright
                                                    MAYER, BROWN, ROWE & MAW LLP
                                                    71 South Wacker Drive
                                                    Chicago, IL  60606-4637
                                                    (312) 782-8680/(312) 701-7711 – Facsimile
                                                    *Attorneys for Defendant Jerome Bass*

## CERTIFICATE OF SERVICE

I, Shauna Fulbright, an attorney, certify that I caused a copy of this Notice of Motion and Defendant's Agreed Motion For Substitution of Counsel to be served by messenger and electronic delivery this 20th day of June 2006 upon:

> Michelle Weiss
> Assistant U.S. Attorney
> U.S. Attorney's Office
> 219 South Dearborn Street, 5th Floor
> Chicago, IL 60604
>
> Alison Siegler
> Federal Defender Program
> 55 East Monroe Street, Suite 2800
> Chicago, IL 60603
>
> Lisa J. Kristie
> Senior U.S. Probation Officer
> Northern District of Illinois
> 55 East Monroe Street, Suite 1500
> Chicago, IL 60603

/s/ Shauna L. Fulbright

_____

Shauna L. Fulbright

5130215